IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AIRBNB, INC.,<br><br>　　　　　Defendant. | C.A. No. 20-351-LPS |

**UNOPPOSED MOTION TO EXTEND TIME TO RESPOND**

Defendant Airbnb, Inc. hereby moves to extend the deadline to answer, move or otherwise respond to the Complaint (D.I. 1) until and including June 1, 2020. The extension is necessary for Defendant to evaluate the merits of Plaintiff's claims and its potential defenses thereto. Plaintiff does not oppose this motion. A proposed form of order is attached.

　　　　　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT
　　　　　　　　　　　　　　　　　　　　　& TAYLOR, LLP

Dated: April 30, 2020　　　　　　　　　/s/ *Adam W. Poff*
　　　　　　　　　　　　　　　　　　　　Adam W. Poff (No. 3990)
　　　　　　　　　　　　　　　　　　　　Pilar G. Kraman (No. 5199)
　　　　　　　　　　　　　　　　　　　　Rodney Square
　　　　　　　　　　　　　　　　　　　　1000 North King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 571-6600
　　　　　　　　　　　　　　　　　　　　apoff@ycst.com
　　　　　　　　　　　　　　　　　　　　pkraman@ycst.com

47116051.1

BAKER BOTTS L.L.P.

Lisa M. Kattan
700 K Street, N.W.
Washington, DC  20001
(202) 637-7700
lisa.kattan@bakerbotts.com

Christopher V. Ryan
Joseph Gray
98 San Jacinto Boulevard
Suite 1500
Austin, TX 78701
(512) 322-2501
chris.ryan@bakerbotts.com
joseph.gray@bakerbotts.com

Sarah J. Guske
101 California Street
Suite 3600
San Francisco, CA 94111
(415) 291-6200
sarah.guske@bakerbotts.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I, Adam W. Poff, Esquire, hereby certify that on April 30, 2020, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to registered participants.

I further certify that on April 30, 2020, I caused the foregoing document to be served by e-mail on the following counsel of record:

>John W. Shaw
>Karen E. Keller
>SHAW KELLER LLP
>I.M. Pei Building
>1105 North Market Street, 12th Floor
>Wilmington, DE 19801
>jshaw@shawkeller.com
>kkeller@shawkeller.com
>
>*Attorneys for Plaintiff*

>YOUNG CONAWAY STARGATT
> & TAYLOR, LLP
>
> /s/ *Adam W. Poff*
>Adam W. Poff (No. 3990)
>Pilar G. Kraman (No. 5199)
>Rodney Square
>1000 North King Street
>Wilmington, Delaware  19801
>(302) 571-6600
>*apoff@ycst.com*
>*pkraman@ycst.com*

Dated: April 30, 2020          *Attorneys for Defendant Airbnb, Inc.*

26405689.1