

WILMINGTON
RODNEY SQUARE

NEW YORK
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

October 7, 2020

**BY CM/ECF**

The Honorable Leonard P. Stark
United States District Court for the District
of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    C.A. No. 20-351-LPS
                  *International Business Machines Corporation v. Airbnb, Inc.*

Dear Chief Judge Stark:

      In response to Plaintiff IBM's letter today requesting that the Court schedule a Rule 16 conference based on the fact that pleadings are closed, Airbnb writes to advise the Court that Kathi Vidal and Eimeric Reig from Winston & Strawn have entered their appearances in this case. Airbnb further advises that (absent consent from IBM) it will move next week for leave to amend its Answer to Plaintiff's First Amended Complaint of July 28, 2020. (D.I. 18.)  In its motion, Airbnb will at least seek leave to add counterclaims that will require a response from IBM.  Ms. Vidal and her team are also just now coming up to speed on the case generally. Airbnb believes a Rule 16 conference will be more productive once Airbnb assesses in the next couple of weeks any other early motions it intends to file.

      Respectfully,

      */s/ Adam W. Poff*

      Adam W. Poff (No. 3990)

cc: Counsel of Record

27144802.1