IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BUSINESS MACHINES CORPORATION,<br><br>           Plaintiff,<br><br>    v.<br><br>AIRBNB, INC.,<br><br>           Defendant. | Civil Action No. 20-351-LPS-CJB |

**JOINT STIPULATION OF DISMISSAL AND ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff International Business Machines Corporation and Defendant Airbnb, Inc. hereby stipulate that all remaining claims in the above-captioned action brought by IBM are hereby dismissed with prejudice and all remaining claims in the above-captioned action brought by Airbnb are dismissed without prejudice. Each side shall bear its own costs, expenses, and attorney's fees.

| | |
|---|---|
| */s/ Karen E. Keller* | */s/ Adam W. Poff* |
| John W. Shaw (No. 3362) | Adam Wyatt Poff (No. 3990) |
| Karen E. Keller (No. 4489) | YOUNG, CONWAY, STARGATT |
| SHAW KELLER LLP | & TAYLOR, LLP |
| I.M. Pei Building | Rodney Square |
| 1105 North Market Street, 12th Floor | 1000 N. King Street |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 571-6600 |
| jshaw@shawkeller.com | apoff@ycst.com |
| kkeller@shawkeller.com | Attorneys for Defendant |
| Attorneys for Plaintiff | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| John M. Desmarais | Kathi Vidal |
| Karim Z. Oussayef | Eimeric Reig-Plessis |
| Brian Leary | WINSTON & STRAWN LLP |
| Brian D. Matty | 275 Middlefield Road, Suite 205 |
| Jun Tong | Menlo Park, CA 94025 |
| Alexandra E. Kochian | (650) 858-6425 |
| John Dao | kvidal@winston.com |
| DESMARAIS LLP | ereigplessis@winston.com |
| 230 Park Avenue | |
| New York, NY 10169 | |
| (212) 351-3400 | |

Dated: December 23, 2020

**SO ORDERED**, this _____ day of _____, 2020

---

THE HONORABLE LEONARD P. STARK

CHIEF UNITED STATES DISTRICT JUDGE